# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re:  Nomination Papers of                        :
B. DeNeice Welch as a Candidate                :
for Pittsburgh City Council-District 9      :     No. 1257 C.D. 2019
                                                              :     Submitted: September 20, 2019
Appeal of:  Carmen Brown                      :


**PER CURIAM**                          **O R D E R**


**NOW**, October 17, 2019, it is ordered that the above-captioned Memorandum Opinion, filed September 27, 2019, shall be designated OPINION and shall be REPORTED.